47 A.3d 1173

Thomas McDONOUGH, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

No. 35 EAP 2011.

Supreme Court of Pennsylvania.

June 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of June, 2012, the above captioned appeal is quashed for failure to file Appellant's brief.